UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

NICHOLAS PRIKIS and : 
SOPHIE PITTAS, : 
    Plaintiffs, : 
 : 
    v. :   No. 5:23-cv-3901
 : 
MAXATAWNY TOWNSHIP; : 
JOHN DEPLANQUE; CHRIS PAFF; : 
STEVE D. WILSON; JANNA GREGONIS; : 
and MAXATAWNY TOWNSHIP : 
ZONING HEARING BOARD; : 
    Defendants. :

# O R D E R

**AND NOW**, this 20th day of August, 2024, for the reasons set forth in the Opinion issued this date, **IT IS ORDERED THAT:**

1. Wilson's Motion to Dismiss, ECF No. 34, is **GRANTED**.

2. The Township's Motion to Dismiss, ECF No. 37, is **GRANTED**.

3. Gregonis's Motion to Dismiss, ECF No. 38, is **GRANTED**.

4. The Amended Complaint, ECF No. 24, is **DISMISSED with prejudice.**

5. Plaintiffs' Motion for Preliminary Peremptory Judgment and Mandamus, ECF No. 26, is **DISMISSED and DENIED**

6. This case is **CLOSED**.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge