UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NICHOLAS PRIKIS and SOPHIE PITTAS, Plaintiffs, | : : : : |
| v. | : No. 5:23-cv-03901 |
| MAXATAWNY TOWNSHIP; JOHN DEPLANQUE; CHRIS PAFF; STEVE D. WILSON; JANNA GREGONIS; and MAXATAWNY TOWNSHIP ZONING HEARING BOARD; Defendants. | : : : : : : : |

**O R D E R**

**AND NOW**, this 18th day of October, 2024, for the reasons set forth in the Opinion issued this date, **IT IS ORDERED THAT:**

1. Plaintiffs' motion to amend judgment, ECF No. 52, is **DENIED**.

2. This case remains **CLOSED**.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge